```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 09 B 02290
    MARIA OVALLE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5456


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/26/2009 and was not confirmed.

    The case was dismissed without confirmation 02/19/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
CHICAGO COMMUNITY BANK    CURRENT MORTG            .00          .00          .00
CHICAGO COMMUNITY BANK    MORTGAGE ARRE      17000.00           .00          .00
CITY OF CHICAGO WATER DE  SECURED              763.00           .00          .00
CITY OF CHICAGO WATER DE  SECURED                  .00          .00          .00
CITY OF CHICAGO WATER DE  SECURED              284.00           .00          .00
WASHINGTON FEDERAL BK     CURRENT MORTG            .00          .00          .00
WASHINGTON FEDERAL BK     MORTGAGE ARRE      50000.00           .00          .00
WASHINGTON FEDERAL BK     CURRENT MORTG            .00          .00          .00
WASHINGTON FEDERAL BK     MORTGAGE ARRE       7500.00           .00          .00
WASHINGTON FEDERAL BK     UNSECURED         NOT FILED           .00          .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00          .00
CERTEGY                   UNSECURED         NOT FILED           .00          .00
SBC AMERITECH             UNSECURED         NOT FILED           .00          .00
FRANCIS J PENDERGAST III  NOTICE ONLY       NOT FILED           .00          .00
MIDWEST PHYSICIANS GROUP  UNSECURED            534.00           .00          .00
NORTHWESTERN MEDICAL FAC  UNSECURED            327.56           .00          .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED           .00          .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED           1950.24           .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         NOT FILED           .00          .00
PRA RECEIVABLES MGMT      UNSECURED            576.86           .00          .00
SWISS COLONY              UNSECURED         NOT FILED           .00          .00
CHICAGO CENTRAL EP        UNSECURED         NOT FILED           .00          .00
CHICAGO CENTRAL EP        UNSECURED         NOT FILED           .00          .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED           .00          .00
PRA RECEIVABLES MGMT      UNSECURED           3936.12           .00          .00
PRA RECEIVABLES MGMT      UNSECURED           3621.27           .00          .00
COMMONWEALTH EDISON       UNSECURED            560.75           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            226.32           .00          .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 09 B 02290 MARIA OVALLE
```

```
--------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                            ---------------     ---------------
TOTALS                          .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/26/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE